```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 11790
    JOYCE A PENDLETON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-0980

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 07/02/2007 and was not confirmed.

    The case was dismissed without confirmation 12/13/2007.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------------
CITIMORTGAGE INC         CURRENT MORTG         .00          .00            .00
CITIMORTGAGE INC         MORTGAGE ARRE         .00          .00            .00
CONSUMER PORTFOLIO SERV  SECURED VEHIC    15340.00          .00            .00
ROBERT J ADAMS & ASSOC   PRIORITY         NOT FILED        .00            .00
AFFILIATED FINANCIAL COR FILED LATE        2979.25          .00            .00
ROUNDUP FUNDING LLC      UNSECURED          550.32          .00            .00
AMERICASH LOANS          UNSECURED          934.00          .00            .00
CAPITAL ONE              UNSECURED          377.59          .00            .00
SPRINT PCS               UNSECURED        NOT FILED         .00            .00
COMCAST                  UNSECURED        NOT FILED         .00            .00
COMMONWEALTH EDISON      UNSECURED          461.25          .00            .00
CREDIT PROTECTION        UNSECURED        NOT FILED         .00            .00
INGALLS MIDWEST EMERGENC UNSECURED        NOT FILED         .00            .00
CHARTER ONE              UNSECURED        NOT FILED         .00            .00
LEAK FUNERAL HOME        UNSECURED        NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC UNSECURED           68.55          .00            .00
MEDICAL COLLECTION       UNSECURED        NOT FILED         .00            .00
MEDICAL COLLECTION       UNSECURED        NOT FILED         .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED          153.05          .00            .00
ROUNDUP FUNDING LLC      UNSECURED          910.71          .00            .00
NCO-MEDCLR               UNSECURED        NOT FILED         .00            .00
PARK DANSAN              UNSECURED        NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          628.09          .00            .00
R & R COMPANY MOTORS INC UNSECURED        NOT FILED         .00            .00
TEK COLLECT              UNSECURED        NOT FILED         .00            .00
AFFILIATED GROUP         UNSECURED        NOT FILED         .00            .00
TARGET                   UNSECURED        NOT FILED         .00            .00
ROUNDUP FUNDING LLC      UNSECURED          263.49          .00            .00
WEXLER & WEXLER          UNSECURED        NOT FILED         .00            .00
HARLEM FURNITURE         SECURED            250.00          .00          75.00
HARLEM FURNITURE         UNSECURED          250.00          .00            .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT      306.33          .00         306.33
ROBERT J ADAMS & ASSOC   DEBTOR ATTY       3,500.00                   3,500.00
TOM VAUGHN               TRUSTEE                                        265.55
DEBTOR REFUND            REFUND                                       1,394.12

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11790 JOYCE A PENDLETON
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   5,541.00

PRIORITY                                          306.33
SECURED                                            75.00
UNSECURED                                            .00
ADMINISTRATIVE                                  3,500.00
TRUSTEE COMPENSATION                              265.55
DEBTOR REFUND                                   1,394.12
                       ---------------      ---------------
TOTALS                    5,541.00              5,541.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
     Dated: 03/27/08              /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```